DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROYCE TEETS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0611

[November 22, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 16-008494 CF 10A.

Royce Teets, Monticello, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Royce Teets appeals an order summarily denying his rule 3.850 motion for post-conviction relief. Teets argues that he would have accepted the state's 30-year plea offer had counsel properly advised him that he was facing a thirty-year sentence for counts two and three, and that he did not have a stand your ground defense at trial. This claim is legally sufficient and not refuted by the record. We therefore reverse the order denying his rule 3.850 motion and remand for the trial court to hold an evidentiary hearing on ground one. We affirm without comment as to the other claims raised in Teets' motion.

*Reversed and remanded with instructions.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***